# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

FILED SEP 10 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

Case No. 24-CV-6355-CJS
(to be filled in by the Clerk's Office)

Plaintiff(s): TYQUAN JOHNSON 17B1104 PRO-SE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): CITY OF ROCHESTER NEW YORK RPD OFFICER SHULTZ  OFFICER PIKE OFFICER LUCIANO (SUPERVISOR SGT.) OFFICER ROMEO  OFFICER

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

JURY TRIAL: Yes ✓ No ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: TYQUAN JOHNSON, PRO-SE
   All other names by which you have been known:
   ID Number: DIN # 17B1104
   Current Institution:
   Address: CLINTON CORRECTIONAL FACILITY P.O. BOX 2001
   DANNEMORA   NY   12929
   City        State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: CITY OF ROCHESTER AND RPD DEPT.
   Job or Title *(if known)*: POLICE OFFICERS OF CITY ROCHESTER NY
   Shield Number:
   Employer:
   Address: 185 EXCHANGE BLVD
   ROCHESTER   NY   14614
   City        State   Zip Code
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name:
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
   _____   _____   _____
   City    State   Zip Code
   [ ] Individual capacity   [ ] Official capacity

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DUE PROCESS FALSE ARREST MALICIOUS PROSECUTION SEARCH; SEIZURE

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. OFFICER D. SCHULTZ AND BRADLEY PIKE USED ILLEGAL SEARCH & SEIZURE DURING THEER RANDOM TRAFFIC STOP SEE 5/18/23 COURT OF APPEALS ORDER #15-0800 APP DIV REVERSED AND INDICTMENT DISMISSED OFFICER ROMEO OFFICER LUCIANO AND SUPERVISOR SGT TOOK PLAINTIFF FROM 45 HARVEST ST IN CITY OF ROCHESTER TO THE LOCATION 512 BAY ST AT TIME PLAINTIFF MOTHER HOME ILLEGALLY ENTERED BEFORE TAKEN PLAINTIFF TO MONROE COUNTY JAIL FOR PROCESSING

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

IN THE CITY OF ROCHESTER NEW YORK 45 HARVEST ST LOCATED IN THE CITY LOWER EAST SIDE AND 512 BAY STREET ALSO LOCATED IN THE CITY LOWER EAST SIDE APRIL 15, 2015 05:10 PM

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 15 2015 05:10 PM

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Officer Shultz and Pike illegally stopped and search me officers Romeo, Luciano and Area Sgt. took me from one location to another location illegally entering my mother home which was not even listed as my owed listed address where it is my personal address at the time was located at 26 Parsells Ave located in City of Rochester lower east side

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Monetary relief and professional reprimand and disciplinary action

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? N/A

2. What did you claim in your grievance?

3. What was the result, if any? N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I TOOK BOTH STEPS APPEALING TO APPELLATE AND COURT OF APPEALS SEE 5/18/23 COURT OF APPEALS ORDER # 15-0800 APP DIV

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) TYQUAN JOHNSON 17B1104
   Defendant(s) CITY OF ROCHESTER RPD OFFICERS

2. Court *(if federal court, name the district; if state court, name the county and State)*
   UNITED STATES DISTRICT COURT WESTERN DISTRICT OF (NY)

3. Docket or index number
   19-CV-6616

4. Name of Judge assigned to your case
   CJS

5. Approximate date of filing lawsuit
   AUG 19, 2019

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. ON JANUARY 24TH 2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   JUDGEMENT ENTERED IN PLAINTIFF FAVOR

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/3/25

Signature of Plaintiff: [signed] PRO-SE
Printed Name of Plaintiff: Tyquan Johnson PRO-SE
Prison Identification #: 17B1104
Prison Address: Clinton Correctional Facility P.O. Box 2001
Dannemora, NY 12929

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address:

# STATEMENT OF FACTS

(1) ON THE DATE AND APPROX TIME APRIL 15 2015 05:10 PM I PLAINTIFF WAS SITTING INSIDE A PARKED SUV WAITING FOR MY GIRL FRIEND TO RETURN BACK FROM INSIDE THE HOUSE

(2) WHILE WAITING I DECIDED TO EXIT THE VEHICLE TO FIX MY BELT TO MY PANTS WHEN I GOT OUT OF THE SUV I SEEN OFFICERS YELLING TO ME FROM OUT THE POLICE CAR WINDOW FOR ME TO STOP AND DON'T MOVE ANY FURTHER AS THEY DROVE UP TOWARDS ME

(3) AS THE OFFICERS PULLED UP AND PARKED NEAR ME I FINISH FIX MY BELT TO MY PANTS AND BEGAN TO WALK AWAY WHERE I NOTICE OFFICERS THEN START YELLING AGAIN FOR ME TO STOP AND HOLD UP AS THE SPEAD UP THEIR PASTE TOWARDS ME

(4) I THEN TURNED AROUND TO SEE WHY WAS THE POLICE YELLING FOR ME TO STOP WHEN I HAVENT DONE ANYTHING WRONG THEIR I WAS APPROECHED BY OFFICER SCHULTZ AND PIKE WHO JUST STARTED GRABBING A HOLD ON TO ME WHILE FORCING ME TO EMPTY BELONGING OUT MY POCKETS

(5) I KEPT ASKING THE OFFICERS WHY WAS I BEING STOPPED I DID NOT DO ANYTHING WRONG THE OFFICERS NEVER SHOWED A SEARCH WARRENT NOR STATE A CLAIM TO THE REASON FOR PROBABLE CAll DURING THIER TRAFFIC STOP

(6) OFFICER SCHULTZ AND BRADLEY ABUSED THIER AUTHORITY WHEN THEY

STOPPED PLAINTIFF ON THE CITY STREET IN ROCHESTER OFFICER PIKE ONLY STATED THAT (HOLD UP) THEIR PLAINTIFF LOOKED AROUND NOT REALLY PAYING ATTENTION JUST TO BE SURE THAT THE OFFICERS YELLING WAS REALLY SPEAKING TO PLAINTIFF OFFICER PIKE ALSO STATED THAT PLAINTIFF CHEST WAS RAISING AND LOWERING RAPIDLY AND HE ASK PLAINTIFF IF HE WAS NERVOUS ONCE THAT QUESTION WAS ASKED PLAINTIFF SAID NO AND TRY TO START WALKING AGAIN HOWEVER THE OFFICERS STARTED THEIR ILLEGAL SEARCH & SEIZURE

(7) OFFICER SCHEITZ AND PIKE WORKING A PROACTIVE DETAIL IN UNIFORM OPERATING A MARKED PATROL VEHICLE VIOLATED PLAINTIFF DUE PROCESS RIGHT FASLEY ARRESTED PLAINTIFF TOOK PLAINTIFF TO A DIFFRENT LOCATION WHILE IN CUFFS BEING 45 HARVEST ST IN CITY OF ROCHESTER NEXT LOCATION 512 BAY STREET ALSO LOCATED IN THE CITY OF ROCHESTER

(8) PLAINTIFF HAVE FILED A 1983 CLAIM 2019 CASE NO. 19-CV-06616 (W.D.N.Y) WHICH HE WOULD LIKE FOR THE ATTACHMENT DOCUMENTS BE ADDED TO THIS CLAIM IN SUPPORT AS EXHIBITS IF NEEDED BEING THAT THE SAME INDIVIDUALS AND EVENTS TOOK PLACE ALL AT THE SAME TIME INSTEAD IN 19-CV-06616 CLAIM WHERE THEIR WAS ONLY SEARCH & SIZURE ILLEGAL ISSUES HERE CASE NO. 24-CV-6355 CJS COVER ALL GROUNDS DUE PROCESS FALSE ARREST MALICIOUS PROSECUTION SEARCH AND SIZURE

(9) MY EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR THIS CLAIM WENT THROUGHT MANY PHASES EXHAUSTION OF REMEDIES PLAINTIFF BEING IN CUSTODY FOR MANY YEARS WITH NO STATE OR FEDERAL HELP IN REGARDS TO THIS ILLEGAL MISTREATMENT AND MISTAKEN IDENTITY

documents to the lower court judge Winslow who overseen the case and still found plaintiff guilty at bench trial motion documents to the court and last but lease plaintiff appeal to the appellate thereafter court of appeals in regards to this indictment # 5/18/23 court of appeals order # 15-0800 App Div reversed and indictment is dismissed

(10) Plaintiff was illegally stopped rights were violated by the City of Rochester NY officers not to mention while a Sgt. supervisor officer was present during these events taken place after being placed in handcuff at the location of 45 Harvest Street plaintiff should not have been transfer to a diffrent house location plaintiff mother house shall not had been entered during the time plaintiff should have never even been stopped nor place in handcuffs in the first place

(11) The officers in the above case no. 24-CV-6355-CJS shall take full responibility admitting their wrong doing as police officers on duty who serve to protect the city urban areas not make matters worse creating more of a bigger problem for the city of Rochester these same officers shall swear to stay away from plaintiff upon plaintiff release if they were to ever cross paths again as well reward plaintiff for his pain and suffering

(12) This statement of facts are true events which took place in the City of Rochester and support my amended com-

plaint I now submit to the U.S. District Court Western District of New York for actions against the City of Rochester and RPD to recieve some punishment for their actions or disiplinary sactions served on defendants thank you

SIGN /s/ Tyquan R. Johnson

Tyquan R. Johnson